IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH WILEY, et al.,

    Plaintiffs,

vs.                                          Civil Action 2:12-cv-605
                                              Judge Sargus
                                              Magistrate Judge King

TRIAD HUNTER GATHERING, et al.,

    Defendants.

## ORDER

On November 30, 2012, the United States Magistrate Judge recommended that the motion to remand, Doc. No. 19, be denied. *Report and Recommendation*, Doc. No. 27. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 27, is **ADOPTED AND AFFIRMED**. The motion to remand, Doc. No. 19, is **DENIED**.

Memoranda *contra* the motion for leave to amend the complaint, Doc. No. 15, must be filed within fourteen (14) days of the date of this *Order*. A reply may be filed within fourteen (14) days thereafter. *See Preliminary Pretrial Order*, Doc. No. 21, p.2.

Proceedings on the motions to dismiss, Doc. Nos. 8, 11, remain stayed pending resolution of the motion for leave to amend the complaint.

                                                          Edmund A. Sargus, Jr.
                                                          United States District Judge

12-18-2012
Date